UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CHRISTOPHER SCOTT TATEM and | )   CASE NO. 13-00647-PMG |
| KELLY SUE TATEM, | )   CHAPTER 7 |
| | ) |
| Debtor(s) | ) |

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

      Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan St., Suite 3-350, Jacksonville, FL, 32202-4267, and serve a copy on the Movant's attorney, Kevin B. Paysinger, Esquire, Bankruptcy Law Firm of Lansing J. Roy, P.A., 1710 Shadowood Lane, Suite 210, Jacksonville, FL, 32247-0399, and any other persons.

      If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

### MOTION TO REDEEM CERTAIN PERSONAL PROPERTY

**COME NOW** the Debtors, CHRISTOPHER SCOTT TATEM and KELLY SUE TATEM, by and through their undersigned counsel, and hereby move this Court for redemption of certain tangible personal property held primarily for personal, family and household use as follows:

    CONSUMER ELECTRONICS                        $600.00

In support of said Motion, the Debtors would show unto the Court as follows:

1.     This case was commenced upon the voluntary filing of a petition under Chapter 7 of Title 11 of the United States Bankruptcy Code on February 5, 2013.

2.     An order for relief was entered thereon.

3.     The Debtors are currently in possession of CONSUMER ELECTRONICS, which property is intended primarily for personal, family or household use.

4.     The personal goods are exempted under 11 U.S.C. Section 722 on their Schedule C.

5.   The tangible personal property was valued by the Debtors on their Schedule B-4. The fair market value of the property is $600.00.

6.   The personal items are under lien to CAPITAL ONE/BEST BUY.

7.   Debtors owe a consumer debt in the amount of $1,257.68 to CAPITAL ONE/BEST BUY, Account No. 169601-7034411752.

WHEREFORE, the Debtors, CHRISTOPHER SCOTT TATEM and KELLY SUE TATEM, request that this Court enter an order permitting the Debtors to redeem the above-described personal property for the amount of $600.00.

BANKRUPTCY LAW FIRM
OF LANSING J. ROY, P.A.

/s/ Kevin B. Paysinger
**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207-2184
(904) 391-0030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Redeem Certain Personal Property, together with a copy of the Affidavit Accompanying Motion to Redeem, was furnished on the 8th day of May, 2013, upon the following by United States first-class mail or by electronic notification:

| | |
|---|---|
| CHRISTOPHER AND KELLY TATEM<br>280 CLOVER CT<br>SAINT JOHNS FL 32259 | CAPITAL ONE / BEST BUY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0000 |
| U. S. TRUSTEE'S OFFICE<br>135 WEST CENTRAL BLVD, SUITE 620<br>ORLANDO, FL 32801-2476<br>(BY ELECTRONIC NOTIFICATION) | BASS & ASSOCIATES<br>FOR BEST BUY CO., INC.<br>3936 E FT LOWELL RD STE 200<br>TUCSON AZ 85712-1083 |
| VALERIE H MANUEL<br>CHAPTER 7 TRUSTEE<br>450-106 STATE ROAD 13 N #312<br>JACKSONVILLE, FL 32259-3863<br>(BY ELECTRONIC NOTIFICATION) | REGISTERED AGENT FOR<br>CAPITAL ONE/BEST BUY.<br>CORPORATION SERVICE COMPANY<br>1201 HAYS STREET<br>TALLAHASSEE, FL 32301-2525 |

**BANKRUPTCY LAW FIRM**
**OF LANSING J. ROY, P.A.**

/s/ Kevin B. Paysinger
**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207-2184
(904) 391-0030

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
)
CHRISTOPHER SCOTT TATEM and ) CASE NO. 13-00647-PMG
KELLY SUE TATEM, ) CHAPTER 7
)
Debtor(s) )
_____)

### AFFIDAVIT ACCOMPANYING MOTION TO REDEEM CERTAIN PERSONAL PROPERTY

STATE OF FLORIDA )
: 
COUNTY OF DUVAL )

BEFORE ME personally appeared **CHRISTOPHER SCOTT TATEM and KELLY SUE TATEM** who, being first duly sworn, depose and say as follows:

1. This is a proceeding pursuant to 11 U.S.C. Section 722.

2. The property given for security to CAPITAL ONE/BEST BUY is a purchase money security interest in household goods and furnishings of the Debtors which the Debtors value as follows:

    CONSUMER ELECTRONICS         $600.00.

3. The Debtors are currently in possession of the CONSUMER ELECTRONICS, which property is intended primarily for personal, family or household use.

4. The property is of a type contemplated by Section 722.

5. The Debtors believe the fair market value of the property to be $600.00 and intend to tender $600.00 to redeem the subject property.

6. The Debtors claimed the value of the property exempt on their Schedule C.

7. The debt owed to CAPITAL ONE/BEST BUY is approximately $1,257.68.

FURTHER AFFIANTS SAYETH NOT.

_____
CHRISTOPHER SCOTT TATEM

_____
KELLY SUE TATEM

Before me personally appeared CHRISTOPHER SCOTT TATEM and KELLY SUE TATEM, to me well known and known to me to be the persons described in and who executed the foregoing instrument, and acknowledged to and before me that they executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal this __9__ day of April, 2013.

_____
Notary Public, State of Florida at Large

My Commission expires: 6-18-17

DEBORAH A. TRAVIS
MY COMMISSION # EE 881987
EXPIRES: June 18, 2017
Bonded Thru Notary Public Underwriters